# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:04CV501

| | |
|---|---|
| **SWISHER HYGIENE FRANCHISE CORP.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PAW OF OCEAN, INC., et al.,** )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission Pro Hac Vice" (Document No. 17), filed December 22, 2005 by TP Paper Enterprises, LLC d/b/a National Chemical and Cleaning Company, National Chemical and Cleaning Company and Tom Kaiser with respect to Douglas J. Katich, Seamus Curley and the law firm of Ansell Zaro Grimm & Aaron, P.C. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Admission Pro Hac Vice" (Document No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Katich and Mr. Curley each pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: December 22, 2005**

David C. Keesler
United States Magistrate Judge