# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04CV501

| | |
|---|---|
| **SWISHER HYGIENE FRANCHISE CORP.**, a North Carolina Corporation, ) ) ) **Plaintiff,** ) v. ) ) **PAW OF OCEAN, INC.**, *et al,* ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The parties have reported to the court that there is no longer any remaining dispute between the parties. Accordingly, IT IS THEREFORE ORDERED that this matter is hereby DISMISSED.

**IT IS SO ORDERED.**

Signed: March 28, 2007

Graham C. Mullen
United States District Judge